**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert S. Kallenbach                                    CHAPTER 13
       Diane J. Kallenbach a/k/a Diane
Luck                                                                                BKY. NO. 19-15210
              Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

                                               Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
10 Nov 2023, 17:18:46, EST

               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               (215) 627-1322