Certificate Number: 03621-PAE-DE-033356654

Bankruptcy Case Number: 19-15210



03621-PAE-DE-033356654

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 6, 2019, at 10:36 o'clock AM EDT, Diane Kallenbach  completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 6, 2019                By:    /s/Wafaa Elmaaroufi

                                         Name:  Wafaa Elmaaroufi

                                         Title: Credit Counselor

Certificate Number: 03621-PAE-DE-033356656

Bankruptcy Case Number: 19-15210



03621-PAE-DE-033356656

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 6, 2019, at 10:36 o'clock AM EDT, Robert Kallenbach completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 6, 2019

By:  /s/Wafaa Elmaaroufi

Name:  Wafaa Elmaaroufi

Title:  Credit Counselor