**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:** <br> **ROBERT S KALLENBACH** <br> **DIANE J KALLENBACH** <br>         **DEBTOR** | **CASE NO.  19-15210-pmm** <br> **CHAPTER 13** |

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS**

NAME:                                        FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:  04/29/2024

OLD NOTICE ADDRESS:           10500 Kincaid Drive, Suite 300
                                                      Fishers, IN 46037-9764

NEW NOTICE ADDRESS:          11988 Exit 5 Parkway, Building 4
                                                      Fishers, IN 46037-9739

OLD PAYMENT ADDRESS:       10500 Kincaid Drive, Suite 300
                                                      Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:      11988 Exit 5 Parkway, Building 4
                                                      Fishers, IN 46037-9739

Dated: August 22, 2024

                                                      */s/Lorri Beltz*
                                                      Lorri Beltz, Vice President, Default
                                                      Freedom Mortgage Corporation
                                                      11988 Exit 5 Parkway, Building 4
                                                      Fishers, IN 46037-9739
                                                      Telephone: (855) 690-5900
                                                      E-Mail: Bankruptcy@FreedomMortgage.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE:<br>**ROBERT S KALLENBACH**<br>**DIANE J KALLENBACH**<br>                    **DEBTOR** | CASE NO.  19-15210-pmm<br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

PAUL H. YOUNG
YOUNG, MARR, MALLIS & DEANE, LLC
3554 Hulmeville Rd Ste 102
Bensalem PA 19020-0000
*Counsel for Debtor*

KENNETH E. WEST
1234 Market St Ste 1813
Philadelphia PA 19107-3704
*Chapter 13 Trustee*

ROBERT S KALLENBACH
DIANE J KALLENBACH
745 River Rd
Erwinna PA 18920-9254
*Debtor*

This 22nd Day of August, 2024

                              */s/Lorri Beltz*
                              Lorri Beltz, Vice President, Default
                              Freedom Mortgage Corporation
                              11988 Exit 5 Parkway, Building 4
                              Fishers, IN 46037-9739
                              Telephone: (855) 690-5900
                              E-Mail: Bankruptcy@FreedomMortgage.com