United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-15210-pmm
Robert S. Kallenbach  Chapter 13
Diane J. Kallenbach
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Aug 28, 2024  Form ID: 138OBJ  Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert S. Kallenbach, Diane J. Kallenbach, 745 River Road, Erwinna, PA 18920-9254 |
| 14376437 | + | Riegel Federal Credit, 515 Milford Warren Glen, Milford, NJ 08848-1881 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 29 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 29 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14376420 | + | Email/Text: BankruptcyNotices@aafes.com | Aug 29 2024 00:17:00 | AAFES, 3911 S Walton Walker Blv, Dallas, TX 75236-1598 |
| 14376419 | + | Email/Text: BankruptcyNotices@aafes.com | Aug 29 2024 00:17:00 | AAFES, Attention: Bankruptcy, Po Box 650060, Dallas, TX 75265-0060 |
| 14385290 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 29 2024 00:27:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14376422 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2024 00:27:41 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14376421 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2024 00:27:38 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14376424 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2024 00:27:57 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14376423 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2024 00:27:38 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14410778 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2024 00:27:46 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14376426 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2024 00:27:36 | Citibank/Shell Oil, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14376425 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2024 00:27:06 | Citibank/Shell Oil, Citibank Corp/Centralized Bankruptcy, Po Box 790034, Saint Louis, MO |

Case 19-15210-pmm   Doc 59   Filed 08/30/24   Entered 08/31/24 00:35:02   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 28, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

| Record | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14376427 | + | Email/PDF: Citi.BNC.Correspondence@citi.com  Aug 29 2024 00:16:54 | | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14376428 | + | Email/PDF: Citi.BNC.Correspondence@citi.com  Aug 29 2024 00:27:41 | | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14376430 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM  Aug 29 2024 00:17:00 | | Comenitycapital/bjsclb, Po Box 182120, Columbus, OH 43218-2120 |
| 14376429 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM  Aug 29 2024 00:17:00 | | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14376431 | | Email/Text: mrdiscen@discover.com  Aug 29 2024 00:17:00 | | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14376432 | | Email/Text: mrdiscen@discover.com  Aug 29 2024 00:17:00 | | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 14383920 | | Email/Text: mrdiscen@discover.com  Aug 29 2024 00:17:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14381265 | | Email/Text: EBNBKNOT@ford.com  Aug 29 2024 00:17:00 | | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 14663700 | + | Email/Text: Bankruptcy@Freedommortgage.com  Aug 29 2024 00:17:00 | | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-7939 |
| 14830993 | ^ | MEBN  Aug 29 2024 00:09:24 | | Freedom Mortgage Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14380027 | ^ | MEBN  Aug 29 2024 00:09:35 | | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 14407526 | + | Email/Text: nsm_bk_notices@mrcooper.com  Aug 29 2024 00:17:00 | | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 14376433 | + | Email/Text: nsm_bk_notices@mrcooper.com  Aug 29 2024 00:17:00 | | Home Point Financial Corporation, Attn: Correspondence Dept, 11511 Luna Road; Suite 200, Farmers Branch, TX 75234-6451 |
| 14376434 | + | Email/Text: nsm_bk_notices@mrcooper.com  Aug 29 2024 00:17:00 | | Home Point Financial Corporation, 4849 Greenville Avenue, Dallas, TX 75206-4130 |
| 14410449 | | Email/Text: JCAP_BNC_Notices@jcap.com  Aug 29 2024 00:17:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14386061 | + | Email/Text: RASEBN@raslg.com  Aug 29 2024 00:17:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14407833 | | Email/PDF: resurgentbknotifications@resurgent.com  Aug 29 2024 00:27:05 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14376435 | + | Email/Text: Documentfiling@lciinc.com  Aug 29 2024 00:17:00 | | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 14376436 | + | Email/Text: Documentfiling@lciinc.com  Aug 29 2024 00:17:00 | | LendingClub, 71 Stevenson, San Francisco, CA 94105-2934 |
| 14408363 | + | Email/Text: bankruptcy@marinerfinance.com  Aug 29 2024 00:17:00 | | MARINER FINANCE, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 14411462 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Aug 29 2024 00:15:53 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14409513 | ^ | MEBN  Aug 29 2024 00:09:29 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14377086 | ^ | MEBN | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 29 2024 00:09:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14376438 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2024 00:16:58 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14376439 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2024 00:15:11 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 14376440 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2024 00:15:49 | World's Foremost Bank, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14830711 | *+ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-7939 |
| 14689798 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14692234 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14415144 | ##+ | CAB East LLC/Ford Motor Credit Company LLC, c/o Howard Gershman, Esquire, Gershman Law Offices PC, 610 York Road, Ste. 200, Jenkintown, PA 19046-2867 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 30, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| HOWARD GERSHMAN | on behalf of Creditor CAB East LLC/Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor HOME POINT FINANCIAL CORPORATION mimcgowan@raslg.com |
| PAUL H. YOUNG | on behalf of Debtor Robert S. Kallenbach support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 28, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

| | |
|---|---|
| | ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | |
| | on behalf of Joint Debtor Diane J. Kallenbach support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 138OBJ* (6/24)−doc 58 − 52

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Robert S. Kallenbach | ) | Case No. 19−15210−pmm |
| | ) | |
| | ) | |
|    Diane J. Kallenbach | ) | Chapter: 13 |
|    aka Diane Luck | ) | |
|    Debtor(s). | ) | |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 28, 2024                                                                               For The Court

                                                                                                                       Timothy B. McGrath
                                                                                                                       Clerk of Court